**Order filed April 1, 2021**



**In The**

# Fourteenth Court of Appeals

_____

**NO. 14-21-00150-CV**

_____

**IN RE N.B.G., Relator**

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**On Appeal from the 257th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2021-14923**

---

## ORDER

On March 22, 2021, relator filed a petition for writ of mandamus. Relator asks this court to compel the Honorable Sandra Peake, presiding judge of the 257th District Court in Harris County, Texas, to grant relator's petition for writ of habeas corpus for possession of the child.

The petition and appendix contain sensitive information such as the child's name. *See* Tex. R. App. P. 9.9.

Relator is ORDERED to file a petition and appendix that comply with the

Texas Rules of Appellate Procedure on or before **3:00 p.m., April 2, 2021**. Failure to do so may result in the denial of the petition.

The court requests that real party in interest file a response to the petition on or before **3:00 p.m., April 7, 2021**.

PER CURIAM

Panel consists of Justices Wise, Zimmerer, and Poissant.